BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARVIN DARNELL ORR,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:14-cv-01251<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER TO COMPLAINT |

1  The parties hereby stipulate, through their undersigned attorneys and subject to the
2 Court's approval, that Defendant shall have an extension of time, up to and including
3 October 24, 2014, in which to file her answer to Plaintiff's complaint. Defendant requests this
4 extension because of her attorney's inordinately heavy case load for the month of September
5 2014, and because he needs more time to investigate the proceedings that the complaint
6 alleges—an investigation that requires coordination with the Office of Disability Adjudication
7 and Review in Baltimore, Maryland.

Respectfully submitted,

Date: *September 9, 2014*          /s/ Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Plaintiff


Date: *September 9, 2014*          BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                    /s/ Timothy R. Bolin
                                   TIMOTHY R. BOLIN
                                   Special Assistant United States Attorney


**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until October 24, 2014, to file her answer to Plaintiff's complaint, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated:  Septmber 15, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE