1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN DARNELL ORR, | No. 2:14-cv-1251-EFB |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On May 22, 2014, the court issued a scheduling order in this social security case. ECF No. 4. According to that order, plaintiff's motion for summary judgment and/or remand was due not later than forty-five days from the date of service of the administrative record. The Acting Commissioner filed and served the administrative record on October 16, 2014. ECF Nos. 11, 12. To date, plaintiff has failed to file his motion for summary judgment. Accordingly, the court hereby ORDERS that:

1. Plaintiff shall file his motion for summary judgment and/or remand within fourteen (14) days.

2. The Acting Commissioner's response and cross-motion for summary judgment shall be filed within thirty (30) days thereafter.

/////

3. Plaintiff's opposition or statement of non-opposition to the cross-motion filed by Commissioner, as well as any reply in support of plaintiff's motion for summary judgment and/or remand is due within seven (7) days thereafter.

4. Give the time that has elapsed since the filing of the administrative record, the court is not inclined to extend this time.

5. Failure to comply with this order may result in dismissal of this action for lack of prosecution. Fed. R. Civ. P. 41(b).

DATED: July 30, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE