1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH L. STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   TIMOTHY R. BOLIN, CA SBN 259511
4  Special Assistant United States Attorney
5      Social Security Administration
       Office of the General Counsel
6      160 Spear St Ste 800
       San Francisco, CA 94105
7      Telephone: (415) 977-8962
8      Facsimile: (415) 744-0134
       Email: timothy.bolin@ssa.gov
9  Attorneys for Defendant

10

11 **UNITED STATES DISTRICT COURT**

12 **EASTERN DISTRICT OF CALIFORNIA**

13 **SACRAMENTO DIVISION**

14

15 MARVIN DARNELL ORR,                )  Case No. 2:14-cv-01251
                                      )
16       Plaintiff,                   )  JOINT STIPULATION AND ORDER TO
                                      )  EXTEND DEFENDANT'S TIME TO FILE
17       v.                           )  CROSS-MOTION FOR
                                      )  SUMMARY JUDGMENT
18                                    )
   ACTING COMMISSIONER                )
19 OF SOCIAL SECURITY,                )
                                      )
20       Defendant.                   )
                                      )
21 _____  )

22

23

24

25

26

27

28

-1-

The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including October 14, 2015, in which to file her cross-motion for summary judgment. Defendant requests this extension because of her attorney's inordinately heavy caseload for the month of September 2015, including two appellate briefs for the Ninth Circuit Court of Appeals due this month.

Respectfully submitted,

Date: *September 9, 2015*        */s/ Bruce Locke*
                                 BRUCE LOCKE
                                 Attorney for Plaintiff

Date: *September 9, 2014*        BENJAMIN B. WAGNER
                                 United States Attorney
                                 DEBORAH L. STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                                  */s/ Timothy R. Bolin*
                                 TIMOTHY R. BOLIN
                                 Special Assistant United States Attorney

**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until October 14, 2015, to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated: September 15, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE